# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANNY JOE COBB,<br><br>    Petitioner,<br><br>v.<br><br>JOE ALLBAUGH, DOC Interim Director,<br><br>    Respondent. | Case No. CIV-12-488-RAW-KEW |

## ORDER

On January 26, 2016, the United States Magistrate Judge filed a Report and Recommendation (hereinafter "R&R"), recommending that this action (commenced by the Petitioner Danny Joe Cobb's filing of a Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254) be in all respects dismissed. On February 22, 2016, Petitioner filed objections to the Report & Recommendation, reiterating his previous arguments.

After a *de novo* review, and construing Petitioner's *pro se* filings liberally, the court finds that the Magistrate Judge's R&R is well-supported by the evidence and the prevailing legal authority. Accordingly, the R&R of the Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. Petitioner's petition pursuant to 28 U.S.C. § 2254 is hereby DISMISSED.

**IT IS SO ORDERED** this 23rd day of March, 2016.

*/s/ Ronald A. White*

_____
**THE HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA**